IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**NICOLE WATKINS**
**DAMIEN WILLIAMS** **PLAINTIFFS**

**VS.** **CAUSE NO. 4:12-CV-00045-SA-JMV**

**SUNFLOWER COUNTY, MISSISSIPPI ET AL** **DEFENDANTS**

**MOTION FOR SUMMARY JUDGMENT**

**NOW COME** Defendants, Sunflower County, Mississippi, and James Haywood, Individually and in his Capacity as Sheriff for the County of Sunflower, Mississippi, and Marvelle Brand, Individually and in his Capacity as Deputy Sheriff for the County of Sunflower, Mississippi, and Marvin Flowers, Individually and in his Capacity as Deputy Sheriff for the County of Sunflower, Mississippi, [hereinafter "Defendants"] individually and officially, by and through counsel, and file this their Motion for Summary Judgment pursuant to Fed. R. Civ. Proc. 56(a).

**PREMISE:** There is no genuine issue of disputed material fact in this case. The Sunflower County Defendants are entitled to judgment as a matter of law, summary judgment and final judgment as follows:

    A.    Sheriff Haywood is entitled to qualified immunity because he had no direct involvement with Plaintiffs;

    B.    Deputy Sheriffs Flowers and Brand are entitled to qualified immunity because their conduct was not illegal and there is no showing that either of them acted unreasonably in light of clearly established law; and,

    C.    Officially capacity claims are entitled to summary judgment under 42 U.S.C.

§1983 because the instant claim does not rise above a prohibited *respondeat superior* cause of action.

2.  **SUPPORTING DOCUMENTS:** In support of summary judgment, Defendants attach the following:

> **EXHIBIT "A" SUNFLOWER COUNTY'S INITIAL CORE DISCLOSURES**
>
> **EXHIBIT "B" DEPOSITION OF NICOLE WATKINS**
>
> **EXHIBIT "C" DEPOSITION OF DAMIEN WILLIAMS**
>
> **EXHIBIT "D" SUNFLOWER COUNTY'S FIRST SUPPLEMENTAL CORE DISCLOSURES**

The pleadings in this cause are incorporated herein by reference and will be cited for the record according to docket number.

3.  **BASIS FOR RELIEF:** As required by *Uniform District Court Rule* 7.2, Defendants are filing herewith a Memorandum of Authorities which incorporates therein a listing of the material facts in a light favorable to Plaintiffs.

**WHEREFORE PREMISES CONSIDERED**, the Defendants pray that this Court will grant as follows:

(A) Dismiss all claims pursuant to *Fed. R. Civ. Proc.* 56;

(B) Enter Final Judgment for the Sunflower Defendants in the manner required by *Fed. R. Civ. Proc.* 54(b);

(C) That this Court award the Defendants their attorney fees, costs and expenses associated with the defense of the instant civil action pursuant to *Fed. R. Civ. Proc.* 11 and 42 U.S.C. §1988.

**Respectfully submitted** this 12th day of April, 2013.

                **GRIFFITH & GRIFFITH**

              By: */s/ Daniel J. Griffith*
                Daniel J. Griffith, MSB# 8366
                Attorney for Defendants

Of Counsel:

**GRIFFITH & GRIFFITH**
123 South Court Street
P. O. Drawer 1680
Cleveland, MS 38732
Phone No. 662-843-6100
Fax No. 662-843-8153

## CERTIFICATE OF SERVICE

  I, the undersigned counsel for Defendants, do hereby certify that on this day, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the ECF system which gave notification of such filing to the following counsel of record:

      Stephanie N. Morris
      stephanienicolemorris@yahoo.com
      **Attorney for Plaintiff**

This the 12th day of April, 2013.

              By: /s/ Daniel J. Griffith
                Daniel J. Griffith, MSB# 8366